ZAM/USAO#2014R00301

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAY 20 P 2:58

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. CCB-14-0246 |
| STANLEY R. HALL, JR., | * | (Assault of a Federal Officer, 18 U.S.C. §§ 111(a)(1) and (b)) |
| Defendant | * | |

\*\*\*\*\*\*\*

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about March 14, 2014, at the Federal Correctional Institution Cumberland, Allegany County, in the District of Maryland, the defendant,

**STANLEY R. HALL, JR,**

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an officer and employee of the United States, specifically, a correctional officer then employed by the Federal Bureau of Prisons, while the correctional officer was engaged in, or on account of the performance of his official duties. STANLEY R. HALL, JR. made physical contact with the correctional officer and inflicted bodily injury.

18 U.S.C. §§ 111(a)(1) & (b)

Rod J. Rosenstein
United States Attorney

SIGNATURE REDACTED
Foreperson

5/20/13
Date